## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MICHAEL J. GRONER, | : No. 443 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| DAVID E. KASMOCH AND EDNA MAE KASMOCH, RONALD E. DOWNS, LOIS E. DOWNS A/K/A LOIS E. REPMAN AND CHAD E. DOWNS, | : |
| Respondents | : |
| | : |
| v. | : |
| | : |
| INDEPENDENT MOUNTAIN MEN OF PENNSYLVANIA, INC., AND ROSS J. GIACCHINO, MARK GIACCHINO, BLAISE A. GIACCHINO, AND MICHAEL GIACCHINO, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.